ROSE FISH, an Infant, by JOHN FISH, Her Guardian ad Litem, Respondent, *v.* UTICA STEAM AND MOHAWK VALLEY COTTON MILLS, Appellant.

*Fish* v. *Utica Steam & Mohawk Valley Cotton Mills,* 115 App. Div. 894, affirmed.
(Argued January 29, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 5, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frederick G. Fincke* for appellant.

*P. H. Fitzgerald* and *John F. Gaffney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.